**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **EUGENE RAILEY,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | 5:05-CV-325 (WDO) |
| | : | |
| **JOHN FRANCISCO,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

This matter is before the Court on Plaintiff's motion to reconsider the dismissal of this case. Because Plaintiff failed to present any arguments or evidence supporting a reconsideration, the motion is DENIED.

**SO ORDERED this 18th day of October, 2005.**

> S/Wilbur D. Owens, Jr.
> **WILBUR D. OWENS, JR.
> UNITED STATES DISTRICT JUDGE**